UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

RACHEL DRIVER,
on behalf of herself and all
others similarly situated,

    Plaintiff,
v.

BAYPORT CREDIT UNION,

    Defendant.

CIVIL CASE NO. 4:20cv90

ORDER

The parties herein have reported to the court that this matter is settled. It is, therefore,

**ORDERED** that this case be, and it hereby is, **DISMISSED AGREED WITH PREJUDICE**. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk is **DIRECTED** to forward copies of this order to all counsel of record.

**IT IS SO ORDERED.**

/s/ RBS
Rebecca Beach Smith
Senior United States District Judge

_____
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

December 16, 2020